UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AMERICAN EMPIRE SURPLUS LINES
INSURANCE COMPANY

                           Plaintiff,

      -against-

WESTCHESTER FIRE INSURANCE COMPANY
and GRZEGORZ MATERNIK

                          Defendants.
------------------------------------------------------------------X

Docket No. 08 CV 1208

**RULE 7.1 STATEMENT**

       Pursuant to Rule 7.2 of the Federal Rules of Civil Procedure, the Plaintiff, American Empire Surplus Lines Insurance Company ("American Empire"), by and through its attorneys, states that American Empire is a member of the Great American Insurance Group.

DATED:   Garden City, New York
            February 5, 2008

                                        RICHARD P. BYRNE (RB 2700)
                                        Attorneys for Plaintiff
                                        American Empire Surplus
                                        Lines Insurance Company
                                        1001 Franklin Avenue, 3rd Floor
                                        Garden City, New York 11530
                                        (516) 294-8844
                                        File No. 07 422 92956