File: 13336

LUSTIG & BROWN, LLP
*Attorneys for defendant*
  *Westchester Fire Insurance Company*
150 Grand Street, 5th Floor
White Plains, New York 10601
Telephone (212) 832-3235
Facsimile (212) 832-3155 (not for service)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY, | **RULE 7.1 STATEMENT** |
| Plaintiff, | Docket No. 08-CV-1208 |
| -against- | Hon. William H. Pauley, III, USDJ |
| WESTCHESTER FIRE INSURANCE COMPANY and GRZEGORZ MATERNIK | |
| Defendants. | |

---

Pursuant to Fed. R. Civ. P. 7.1, Defendant WESTCHESTER FIRE INSURANCE COMPANY ("WESTCHESTER"), by attorneys LUSTIG & BROWN, LLP, hereby sets forth the following statement:

WESTCHESTER FIRE INSURANCE COMPANY is part of ACE Limited, a publicly traded corporation, as follows:

Westchester Fire Insurance Company is a New York corporation and an indirect subsidiary of ACE Limited, the ultimate parent and the only entity within the ACE Group of

Companies that is traded on any public exchange. ACE Limited trades on the New York Stock Exchange under the ticker symbol "ACE."

Dated: New York, New York
        March 19, 2008

                                                                         LUSTIG & BROWN, LLP
                                                                         _S/_____
                                                                         By:    James M. Haddad (JH 6783)
                                                                         *Attorneys for Defendant WESTCHESTER*
                                                                         *FIRE INSURANCE COMPANY*
                                                                         150 Grand Street, 5th Floor
                                                                         White Plains, New York 10601
                                                                         Telephone: (212) 832-3235
                                                                         Facsimile: (212) 832-3155 (not for service)
                                                                         E-mail: jhaddad@lustigbrown.com
                                                                         Please Reference Our File: 13336

TO:

      Richard P. Byrne, Esq.
      L'Abbate, Balkan, Colavita & Contini, LLP
      1001 Franklin Avenue, 3rd Floor
      Garden City, NY 11530
      Tel.: (516) 294-8844
      Fax: (516) 294-8202
      rbyrne@lbcclaw.com

      Electronically Filed with Court via ECF

      Original to our file

      Courtesy Copy to Hon. William H. Pauley, III, USDJ, United States Courthouse, 500 Pearl Street, Room 2210, New York, NY 10007

216679.1