USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
AMERICAN EMPIRE SURPLUS LINES  :
INSURANCE COMPANY,
                                                            :
                                                            :    08 Civ. 1208 (WHP)
                          Plaintiff,        :
                                                            :    SCHEDULING ORDER
         -against-                           :
                                                            :
WESTCHESTER FIRE INSURANCE COMPANY :
AND GRZEGORZ MATERNIK,              :
                                                            :
                          Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

Counsel having appeared before the Court for a conference on May 16, 2008, the following schedule is established on consent of the parties:

1. Plaintiff shall produce the policy and claims file to Defendant by May 23, 2008;

2. Plaintiff shall serve and file its motion for summary judgment by May 30, 2008;

3. Defendant shall serve and file its opposition by June 20, 2008;

4. Plaintiff shall serve and file any reply by June 30, 2008; and

5. Oral Argument concerning the motion shall take place July 11, 2008 at 10:30 a.m.

6. The parties shall complete discovery by August 15, 2008;

7. The parties shall submit a joint pre-trial order in accord with this Court's Individual Practices by September 15, 2008; and

      8.    A final pre-trial conference will be held on September 29, 2008 at 11:00 a.m.

Dated: May 16, 2008
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of record:*

Jillian Menna, Esq.
L'Abbate, Balkan, Colavita & Contini LLP
1001 Franklin Avenue, Third Floor
Garden City, NY 11530
*Counsel for Plaintiff*

Sherri N. Pavloff, Esq.
Lustig & Brown, LLP
150 Grand Street, 5th Floor
White Plains, NY 10601
*Counsel for Defendant*