

Attorneys at Law
L'Abbate, Balkan, Colavita & Contini, L.L.P.
1001 Franklin Avenue, Garden City, New York 11530
T. 516.294.8844  F. 516.294.8202
www.lbcclaw.com

Jillian Menna
Associate
jmenna@lbcclaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08

June 12, 2008

**MEMO ENDORSED**

**VIA PRIORITY MAIL**

Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street, Room 2210
New York, New York 10007

    Re:    American Empire Surplus Lines Insurance Company v. Westchester Fire
            Insurance Company and Grzegorz Maternik
            Docket No. : 08-CV-1208
            Our File No.: 07 422 92956

Honorable Judge Pauley:

    We represent the plaintiff, American Empire Surplus Lines Insurance Company ("American Empire"), in connection with the above-referenced matter.

    We write to inform you that yesterday a settlement in principal was reached at Mediation the underlying litigation, which is the subject of the declaratory judgment action pending before this Court.

    If the settlement is consummated in due course, as anticipated, the declaratory judgment action will be discontinued. As a result, we respectfully request that the present motion practice and deadlines be held in abeyance, and we will advise the Court shortly as to status of the settlement.

    Thank you for your attention to this matter.

*Application granted.*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
6/16/08

Respectfully submitted,

L'ABBATE BALKAN COLAVITA
  & CONTINI, LLP

Jillian Menna
Jillian Menna (JM 5708)

7 Regent Street, Suite 711, Livingston, NJ 07039
T. 973.422.0422  F. 973.422.0420

cc:    James H. Haddad, Esq. (via facsimile)



2