USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
AMERICAN EMPIRE SURPLUS LINES
INSURANCE COMPANY,

               Plaintiff,

            -against-

WESTCHESTER FIRE INSURANCE COMPANY
AND GRZEGORZ MATERNIK,

               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

08 Civ. 1208 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

       It having been reported to this Court that this action has been or will be settled, it is hereby ordered that this action be discontinued without costs to any party, and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days of the date of this Order. The Clerk of the Court is directed to mark this case closed.

Dated: June 27, 2008
       New York, New York

                            SO ORDERED:

                            WILLIAM H. PAULEY III
                                U.S.D.J.

*Counsel of record:*

Jillian Menna, Esq.
L'Abbate, Balkan, Colavita & Contini LLP
1001 Franklin Avenue, Third Floor
Garden City, NY 11530
*Counsel for Plaintiff*

Sherri N. Pavloff, Esq.
Lustig & Brown, LLP
150 Grand Street, 5th Floor
White Plains, NY 10601
*Counsel for Defendant*